UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



IN RE:

SEIZURE WARRANT          MAGISTRATE NO.  2:10-mj-00029

### O R D E R

Upon consideration of the United States Motion to Seal/File Redacted Documents, it is hereby

**ORDERED** that the United States Affidavit in Support of the Application for Warrant to Seize Personal Property Subject to Civil Forfeiture be sealed, and that a redacted version of the affidavit be filed.

Entered: March 30, 2010

_____
HONORABLE MARY E. STANLEY
United States Magistrate Judge