AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Proceeds on deposit in Account No. XXXXXX3002,<br>and Account No. XXXXXX7905, Wesbanco Bank,<br>Inc., Wheeling, West Virginia, in the name of Katherine<br>A. Hoover | Case No. 2:10-mj-00029 |

## MES WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Northern_____ District of _____West Virginia_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Proceeds on deposit in Account No. XXXXXX3002, and Account No. XXXXXX7905, Wesbanco Bank, Inc., Wheeling, West Virginia, in the name of Katherine A. Hoover, up to the total sum of $4,604,565.00.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _March 11, 2010_
(not to exceed 14 days)

☒ in the daytime – 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Mary E. Stanley_____.
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____

Date and time issued: _Feb. 25, 2010 3:24 pm_      _Mary E. Stanley_
                                                                                          Judge's signature

City and state: _Charleston, West Virginia_      _Honorable Mary E. Stanley, U.S. Magistrate Judge_
                                                                                  Printed name and title

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:10-mj-00029 | Date and time warrant executed: 3/2/2010 @ 10:32a | Copy of warrant and inventory left with: JESSICA McCLANAHAN |

Inventory made in the presence of:
Dean Lauffer, FBI / Jessica McClanahan, Banking Center Mgr, WesBanco

Inventory of the property taken:

(SEE ATTACHED)

FILED
MAR 30 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/8/2010

_____
Executing officer's signature

FBI SA James F. Lafferty II
Printed name and title

Submitted to MES on 3/19/10 by MKS w/ Motion to Seal / file redacted documents

Resubmitted by MKS on 3/29/10 w/ Revised Motion to Seal / File Redacted documents.

FD-597 (Rev 8-11-94) Page ___ of ___

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __3/2/2010   10:32A__   item(s) listed below were:
☒ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) JESSICA McCLANAHAN, BANKING CENTER MANAGER
(Street Address) WESBANCO CHARLESTON, 300 TENNESSE AVENUE, P.O. BOX 6607
(City) CHARLESTON, WV 25362   (304) 347-4003

Description of Item(s): WESBANCO BANK, INC OFFICIAL CHECK #5080158830 PAYABLE TO THE "U.S. MARSHALL SERVICE" DATED MARCH 2, 2010 IN THE AMOUNT OF $27,671.50 (Acct ending 3002) AND WESBANCO BANK, INC. OFFICIAL CHECK #5080158831 PAYABLE TO THE "US MARSHALL SERVICE" DATED MARCH 2, 2010 IN THE AMOUNT OF $85,127.08 (Account ending 7905)

Received By: _Dean A. Lauffer_ (Signature)
Received From: _Jessica McClanahan_ (Signature)