UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



In the Matter of the Seizure of
Proceeds on deposit in Account
Nos. xxxxxx3002 and xxxxxx7905
WesBanco, Wheeling, W.Va.
in the name of Katherine A. Hoover          Case No. 2:10-mj-0029

Dr. Katherine A. Hoover,
    Movant

## RESPONSE TO ORDERS OF MARY STANLEY and JUDGE COPENHAVER

    NOW COMES Katherine A. Hoover MD, pro se, to dispute the ruling by Judge Copenhaven claiming jurisdiction under <u>Gonzales v Raich</u> 545 U.S. 1, 5, 22 (2005) and reasserting jurisdiction over the practice of medicine.
    <u>Gonzales v. Raich</u> deals with growing marijuana not with the practice of medicine. The practice of medicine is controlled by Title 21 USC 801 (a)(3)(C) and jurisdiction is to the medical and scientific community.
    The money taken from WesBanco account xxxxxx7905 was proceeds paid to John F. Tomasic in the settlement of the law suit filed in Federal Court for the Northern District of West Virginia as demonstrated by the attached cancelled check.
    The money in account xxxxxx3002 is a joint saving account: Katherine A. Hoover and John F. Tomasic. That money is from gifts, previous employment and is not rightfully under the jurisdiction of this court. Since no claim has been made by the United States Attorney and any claim filed now would be untimely, this money must be returned.
    The seizure warrant was in err because it failed to list John Tomasic on these accounts so the seizure warrant was obtained by fraud.
    Ms. Schwartz never established subject matter jurisdiction and therefore has no claim against Dr. Hoover.

    WHEREFORE, the Court lacks subject matter jurisdiction over theses funds due to fraud and lack of any connection to the practice at 35 West Third Ave. Williamson, West Virginia. The return of this money and payment of damages for the suffering incurred by this illegal seizure is requested.

Respectfully submitted,

UCC 1-207

*John F. Tomasic*
John F. Tomasic

UCC 1-207

*Katherine A. Hoover*
Katherine A. Hoover

c/o Dr. Norman Gay
West Bay Street
N-3222
Nassau, N.P., Bahamas
242-525-4018

Exhibit A

*053101121*
08/14/2009
000002908157837

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

00001713
3425



#11539#  ⑊:051503394⑊:517288971◐#   ⑊0019177575⑊



## CERTIFICATE OF SERVICE

I, Katherine A. Hoover, do hereby certify that a true and correct copy of the foregoing RESPONSE TO THE ORDERS OF MARY STANLEY AND JUDGE COPENHAVER has been faxed to the United States Attorney for the Southern District of West Virginia on January 6, 2011 304-347-5104.

*Katherine A. Hoover*

Katherine A. Hoover
c/o Dr. Norman Gay
West Bay Street
Nassau, N.P., Bahamas
242-525-4018