UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

In the Matter of the Seizure of
Proceeds on deposit in Account
Nos. xxxx3002 and xxxx7905
WesBanco, Wheeling, W.Va.
in the name of Katherine A. Hoover

**FILED**

MAR 1 7 2011

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Case No. 2:10-mj-0029

Katherine A. Hoover,
    Movant.

### APPLICATION FOR ENTRY OF DEFAULT BY CLERK

NOW COMES the movant, Katherine A. Hoover MD, pro se, pursuant to Rule 55 (a), Federal Rules of Civil Procedure, and does hereby apply to the Clerk of the Honorable Court for the entry of default against the United States of America.

An Order was entered in 2:10-mj-0029 by Magistrate Judge Mary Stanley on December 21, 2010. Objections to this Order were filed by the Movant, Katherine A. Hoover MD. The Objections were docketed on January 6, 2011 and faxed to the United States Attorney's Office.

There has been no response filed by either the United States of America or by the Court. More than sixty days have passed since the Objections were filed.

The deadline imposed by the Rules of sixty days has passed.

WHEREFORE, Katherine A. Hoover respectfully requests that default be entered against the United States of America.

Respectfully submitted,

*Katherine A. Hoover MD*

Katherine A. Hoover MD
c/o Dr. Norman Gay
N-3222
West Bay Medical Clinic
West Bay Street
Nassau, N.P., Bahamas
242-525-4018

VERIFICATION

NASSAU, N.P., BAHAMAS:

I, Katherine A. Hoover MD, declare that the foregoing "Application for Entry of Default by Clerk" is true and correct to the best of my knowledge and belief, except where stated to be upon information and belief, in which case I believe it to be true.

Executed the 16th day of March 2011.


Katherine A. Hoover MD


Taken, subscribed and sworn to before me this 16th day of March 2011.


Tanya Kemp, Notary
SAWYER


**TANYA L. KEMP-SAWYER**
**Justice of the Peace**
**New Providence, The Bahamas**
**Tel: 328-5568  Fax: 322-4768**

CERTIFICATE OF SERVICE

I, Katherine A. Hoover MD, do hereby certify that a true and correct copy of the foregoing APPLICATION FOR ENTRY OF DEFAULT BY CLERK has been sent by Fed-ex to the United States Attorney's Office for the Southern District of West Virginia 300 Virginia St. East, Suite 4000 Charleston, W.Va. 25301 on March 16, 2011.

*Katherine A. Hoover MD*

Katherine A. Hoover MD
c/o Dr. Norman Gay
N-3222
West Bay Medical Clinic
West Bay Street
Nassau, N.P., Bahamas

# FedEx Express®

## International Air Waybill

**Tracking Number** 8728 9955 2878

**1 From**

Date 03/14/2010

Sender's FedEx Account Number

Sender's Name: K. A. Hoover

Phone: 247-235-454

Company: Chase Do. Winningham Bay

Address: West Bay

City: West Bay

State/Province

ZIP/Postal Code

Country: Cayman

**2 To**

Recipient's Name: Teresa B.

Phone: 345-2-3000

Company: Bay Business

Recipient's Tax ID Number for Customs Purposes

Address: 300 West ... St. East

Dept/Floor

City: West Chester

State/Province: PA

ZIP/Postal Code: 25300

Country: US

**3 Shipment Information**

Total Packages: 1

Total Weight: 100 g   ☑ lbs ☐ kg

| Commodity Description | Harmonized Code | Total Declared Value for Carriage | Country of Manufacture | Value for Customs |
|---|---|---|---|---|
| check | | 2500.00 | | |

Total Value for Customs: 2500.00

**4 Express Package Service**

Packages up to 150 lbs./68 kg

☑ FedEx Int'l Priority   ☐ FedEx Int'l First
☐ FedEx Int'l Economy

**5 Packaging**

☐ FedEx Envelope   ☑ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery

**7 Payment**

Bill transportation charges to:
☑ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Cheque

Bill duties and taxes to:
☐ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Cheque

**8 Your Internal Billing Reference**

**9 Required Signature**

Sender's Signature:

**FedEx Tracking Number** 8728 9955 2878

Form ID No. 0402

Origin Station ID: LISA

Country Code/Destination Station ID: USIA

URSA Routing: KH

Form ID No. 568

PART T5847R

Origin Copy